


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHNATHAN BROOKS KLINGENBECK,

Plaintiff,

vs.

LIFE TIME FITNESS, INC., et al.

Defendant(s).

CIVIL ACTION NO.:

---

NOTICE OF REMOVAL
EXHIBIT A

---

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: STEPHANIE HALL**

alacourt.com

County: **01** Case Number: **CV-2018-904787.00** Court Action:
Style: **JOHN BROOKS KLINGENBECK V. LIFE TIME FITNESS, INC.**

## Case

### Case Information

County: 01-JEFFERSON - BIRMINGHAM
Case Number: CV-2018-904787.00
Judge: MGG:MICHAEL G GRAFFEO
Style: JOHN BROOKS KLINGENBECK V. LIFE TIME FITNESS, INC.
Filed: 11/29/2018
Case Status: ACTIVE
Case Type: NEGLIGENCE-GENERAL
Trial Type: JURY
Track:
Appellate Case: 0
No of Plaintiffs: 1
No of Defendants: 1

### Damages

Damage Amt: 0.00
Punitive Damages: 0.00
General Damages: 0.00
No Damages:
Compensatory Damages: 0.00
Pay To:
Payment Frequency:
Cost Paid By:

### Court Action

Court Action Code:
Court Action Desc:
Court Action Date:
Num of Trial days: 0
Num of Liens: 0
Judgment For:
Dispositon Date of Appeal:
Disposition Judge: :
Disposition Type:
Revised Judgement Date:
Minstral:
Appeal Date:
Date Trial Began but No Verdict (TBNV1):
Date Trial Began but No Verdict (TBNV2):

### Comments

Comment 1:
Comment 2:

### Appeal Information

Appeal Date:
Appeal Case Number:
Appeal Court:
Appeal Status:
Orgin Of Appeal:
Appeal To:
Appeal To Desc:
LowerCourt Appeal Date:
Disposition Date Of Appeal:
Disposition Type Of Appeal:

### Administrative Information

Transfer to Admin Doc Date:
Transfer Reason:
Transfer Desc:
Number of Subponeas:
Last Update: 01/08/2019
Updated By: AJA

## Parties

**Party 1 - Plaintiff INDIVIDUAL - KLINGENBECK JOHN BROOKS**

### Party Information

Party: C001-Plaintiff
Name: KLINGENBECK JOHN BROOKS
Type: I-INDIVIDUAL
Index: D LIFE TIME FI
Alt Name:
Hardship: No
JID: MGG
Address 1: 10 AUGUSTA WAY
Phone: (205) 617-1482

Address 2:
City: BIRMINGHAM State: AL Zip: 35242-0000 Country: US
SSN: XXX-XX-X999 DOB: 12/02/1982 Sex: M Race:

## Court Action

Court Action: Court Action Date:
Amount of Judgement: $0.00 Court Action For: Exemptions:
Cost Against Party: $0.00 Other Cost: $0.00 Date Satisfied:
Comment: Arrest Date:
Warrant Action Date: Warrant Action Status: Status Description:

## Service Information

Issued: Issued Type: Reissue: Reissue Type:
Return: Return Type: Return: Return Type:
Served: Service Type Service On: Served By:
Answer: Answer Type: Notice of No Service: Notice of No Answer:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | GUL005 | | GULAS THEODORE ALECK | IKE@GULASLAWFIRM.COM | (205) 879-1234 |

### Party 2 - Defendant BUSINESS - LIFE TIME FITNESS, INC.

## Party Information

Party: D001-Defendant Name: LIFE TIME FITNESS, INC. Type: B-BUSINESS
Index: C KLINGENBECK Alt Name: Hardship: No JID: MGG
Address 1: 2 N. JACKSON ST., STE 605 Phone: (205) 000-0000
Address 2:
City: MONTGOMERY State: AL Zip: 36104-0000 Country: US
SSN: XXX-XX-X999 DOB: Sex: Race:

## Court Action

Court Action: Court Action Date:
Amount of Judgement: $0.00 Court Action For: Exemptions:
Cost Against Party: $0.00 Other Cost: $0.00 Date Satisfied:
Comment: Arrest Date:
Warrant Action Date: Warrant Action Status: Status Description:

## Service Information

Issued: 12/03/2018 Issued Type: C-CERTIFIED MAIL Reissue: Reissue Type:
Return: Return Type: Return: Return Type:
Served: 12/10/2018 Service Type C-CERTIFIED MAIL Service On: Served By:
Answer: 01/08/2019 Answer Type: A-COMPLAINT AGREED Notice of No Service: Notice of No Answer:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | CRE015 | | CREEL THOMAS STUART | TCREEL@CARRALLISON.COM | (205) 822-2006 |
| Attorney 2 | MAN066 | | MANUSH DAVID STANLEY | DMANUSH@CARRALLISON.COM | (205) 822-2006 |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $7.09 | $7.09 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $18.32 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $306.00 | $306.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $458.09 | $476.41 | -$18.32 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2018 | CREDIT | CONV | 2019040 | 4130 | $18.32 | C001 | 000 | | N | | | PDS |
| 11/30/2018 | RECEIPT | AOCC | 2019040 | 4120 | $7.09 | C001 | 000 | | N | | | PDS |
| 11/30/2018 | RECEIPT | CV05 | 2019040 | 4140 | $306.00 | C001 | 000 | | N | | | PDS |
| 11/30/2018 | RECEIPT | JDMD | 2019040 | 4150 | $100.00 | C001 | 000 | | N | | | PDS |
| 11/30/2018 | RECEIPT | VADM | 2019040 | 4160 | $45.00 | C001 | 000 | | N | | | PDS |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11/29/2018 | 2:37 PM | ECOMP | COMPLAINT E-FILED. | GUL005 |
| 11/29/2018 | 2:37 PM | FILE | FILED THIS DATE: 11/29/2018 (AV01) | AJA |
| 11/29/2018 | 2:37 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 11/29/2018 | 2:37 PM | ASSJ | ASSIGNED TO JUDGE: MICHAEL G GRAFFEO (AV01) | AJA |
| 11/29/2018 | 2:37 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 11/29/2018 | 2:37 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 11/29/2018 | 2:37 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 11/29/2018 | 2:37 PM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 11/29/2018 | 2:37 PM | C001 | C001 PARTY ADDED: KLINGENBECK JOHN BROOKS (AV02) | AJA |
| 11/29/2018 | 2:37 PM | C001 | LISTED AS ATTORNEY FOR C001: GULAS THEODORE ALECK | AJA |
| 11/29/2018 | 2:37 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 11/29/2018 | 2:37 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 11/29/2018 | 2:37 PM | D001 | D001 PARTY ADDED: LIFE TIME FITNESS, INC. (AV02) | AJA |
| 11/29/2018 | 2:37 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 11/29/2018 | 2:37 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 11/29/2018 | 2:37 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 11/29/2018 | 2:37 PM | D001 | CERTIFIED MAI ISSUED: 11/29/2018 TO D001 (AV02) | AJA |
| 12/3/2018 | 11:21 AM | D001 | CERTIFIED MAI ISSUED: 12/03/2018 TO D001 (AV02) | ELN |
| 12/3/2018 | 11:30 AM | ESCAN | SCAN - FILED 11/29/2018 - NOTICE | ELN |
| 12/19/2018 | 11:50 AM | D001 | SERVICE OF CERTIFIED MAI ON 12/10/2018 FOR D001 | MIE |
| 12/19/2018 | 11:51 AM | ESERC | SERVICE RETURN | MIE |
| 12/27/2018 | 2:36 PM | EDISC | NOTICE OF DISCOVERY E-FILED. | GUL005 |

| | | | | |
|---|---|---|---|---|
| 1/8/2019 | 2:09 PM | EANSW | D001 - COMPLAINT AGREED E-FILED. | CRE015 |
| 1/8/2019 | 2:11 PM | D001 | LISTED AS ATTORNEY FOR D001: CREEL THOMAS STUART | AJA |
| 1/8/2019 | 2:11 PM | D001 | ANSWER OF AGREED ON 01/08/2019 FOR D001 (AV02) | AJA |
| 1/8/2019 | 2:11 PM | D001 | LISTED AS ATTORNEY FOR D001: MANUSH DAVID STANLEY | AJA |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 11/29/2018 2:37:55 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 11/29/2018 2:37:55 PM | 2 | COMPLAINT | | 10 |
| 11/29/2018 2:38:52 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 11/29/2018 2:38:53 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 12/3/2018 11:30:59 AM | 5 | NOTICE | S/C | 2 |
| 12/19/2018 11:51:12 AM | 6 | SERVICE RETURN | SERVICE RETURN | 2 |
| 12/19/2018 3:16:30 PM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 12/27/2018 2:36:34 PM | 8 | NOTICE OF DISCOVERY | ROGS and RFP | 12 |
| 12/27/2018 2:47:14 PM | 9 | DISCOVERY - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 1/8/2019 2:10:31 PM | 10 | ANSWER | Answer | 10 |
| 1/8/2019 2:11:34 PM | 11 | ANSWER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

 ***END OF THE REPORT***